**IN THE SUPREME COURT OF PENNSYLVANIA**

OFFICE OF DISCIPLINARY COUNSEL,   :   No. 2385 Disciplinary Docket No. 3

                 Petitioner   :   No. 78 DB 2017

           v.   :   Attorney Registration No. 21702

WILLIAM R. BISHOP, JR.   :   (Allegheny County)

            Respondent   :

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of June, 2017, upon consideration of the Certificate of Admission of Disability by Attorney, William R. Bishop, Jr. is immediately transferred to inactive status for an indefinite period and until further Order of the Court per Pa.R.D.E. 301(e). He shall comply with all the provisions of Pa.R.D.E. 217.

All pending disciplinary proceedings shall be held in abeyance, except for the perpetuation of testimony and the preservation of documentary evidence.